# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN N. KONSTANTINOVICH,<br><br>                    Plaintiff,<br>  vs.<br>SOCIAL SECURITY ADMINISTRATION,<br><br>                    Defendant. | CASE NO. 06cv2425-IEG(CAB)<br><br>Order Dismissing Case |

    Plaintiff Ivan N. Kostantinovich has filed a complaint with regard to the reduction of his monthly social security disability income payments.  Plaintiff's complaint concerns the same claim for benefits, and alleged error in recovery of overpayments, for which Plaintiff filed another complaint on October 12, 2006.  That case, Case No. 06cv2303-BEN(AJB) remains pending before Judge Benitez, such that this case is duplicative.  Therefore, the Court hereby DISMISSES Plaintiff's complaint, and orders that Plaintiff proceed in the earlier filed case.  The Clerk shall terminate this case.

    **IT IS SO ORDERED**.

**DATED: November 7, 2006**

*(signature)*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

06cv2425